

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2020

No. 04-19-00848-CR

Jose Roberto **VELIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 13285CR
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

On December 5, 2019, Appellant filed a notice of appeal with this court. After the reporter's record was due, court reporter Lisa A. Traslaviña filed a notice of late reporter's record. The notice states Appellant has not provided the court reporter with a written request to prepare the reporter's record, *see* TEX. R. APP. P. 34.6(b), and Appellant has not arranged to pay for the reporter's record, *see id.* R. 20.2.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) Appellant has delivered a written request to prepare the reporter's record to court reporter Lisa A. Traslaviña that designates any exhibits to be included, *see id.* R. 34.6(b), and (2) either the arrangements have been made to pay the reporter's fee, or Appellant is entitled to a free reporter's record, *see id.* R. 20.2.

If Appellant fails to respond as ordered, Appellant's brief will be due within THIRTY DAYS of the date of this order, and the court will only consider those issues or points raised in Appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2020.



MICHAEL A. CRUZ,
Clerk of Court